**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Dillion Anthony Morgan aka Dillon Morgan | ) | |
| Debtor(s). | ) | CASE NO. 26-58181-pmb |
| | ) | CHAPTER 13 |
| Home SFR Borrower III, LLC, | ) | Judge Paul Baisier |
| Movant. | ) | |
| V. | ) | CONTESTED MATTER |
| Dillion Anthony Morgan aka Dillon Morgan, Debtor(s); Justice Day, Codebtor(s); and | ) | |
| Melissa J. Davey, Trustee | ) | |
| Respondents. | ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On September 15, 2026, Home SFR Borrower III, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 20) (the "Motion"). The Motion concerns rented real property known as 5201 Scarbrough Lane, Stone

Mountain, GA 30088 (the "Property"). A hearing on said Motion was heard on October 15, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay to permit Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to the Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342 / Email: mft@tottenfirm.com

**No Opposition:**
/s/ Kelsey A. Makeever (w/ exp perm)
Kelsey A. Makeever
GA BAR NO. 371499
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Shannon Charlmane Worthy
Stanton and Worthy, LLC
Suite 1400
191 Peachtree Street NE
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree Street NE
Atlanta, GA 30303

Dillion Anthony Morgan aka Dillon Morgan, Debtor
5201 Scarbrough Lane
Stone Mountain GA 30088

Justice Day, Codebtor
5201 Scarbrough Lane
Stone Mountain GA 30088