**IT IS ORDERED as set forth below:**

**Date: November 3, 2026**

**Paul Baisier**
**U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| Dillion Anthony Morgan aka Dillon Morgan | |
| Debtor(s). | CASE NO. 26-58181-pmb |
| | CHAPTER 13 |
| Home SFR Borrower III, LLC, | Judge Paul Baisier |
| Movant. | |
| V. | CONTESTED MATTER |
| Dillion Anthony Morgan aka Dillon Morgan, Debtor(s); Justice Day, Codebtor(s); and | |
| Melissa J. Davey, Trustee | |
| Respondents. | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On September 15, 2026, Home SFR Borrower III, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 20) (the "Motion"). The Motion concerns rented real property known as 5201 Scarbrough Lane, Stone

Mountain, GA 30088 (the "Property"). A hearing on said Motion was heard on October 15, 2026, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay to permit Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor and Co-Debtor within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to the Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342 / Email: mft@tottenfirm.com

**No Opposition:**
/s/ Kelsey A. Makeever (w/ exp perm)
Kelsey A. Makeever
GA BAR NO. 371499
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

***Distribution List:***

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338

Shannon Charlmane Worthy
Stanton and Worthy, LLC
Suite 1400
191 Peachtree Street NE
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree Street NE
Atlanta, GA 30303

Dillion Anthony Morgan aka Dillon Morgan, Debtor
5201 Scarbrough Lane
Stone Mountain GA 30088

Justice Day, Codebtor
5201 Scarbrough Lane
Stone Mountain GA 30088

United States Bankruptcy Court
Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 26-58181-pmb |
| Dillion Anthony Morgan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Nov 03, 2026 | Form ID: pdf401 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dillion Anthony Morgan, 5201 Scarbrough Lane, Stone Mountain, GA 30088-4335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 03 2026 20:05:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | | Justice Day, Codebtor&line_sep;5201 Scarbrough Lan |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Matthew Franklin Totten | on behalf of Creditor Home SFR Borrower III LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

Robert J. Fehse
on behalf of Creditor Transform Credit Inc. d/b/a Together Loans rfehse@evanspetree.com, stanceyd@evanspetree.com

Shannon Charlmane Worthy
on behalf of Debtor Dillion Anthony Morgan shannon.worthy@stantonandworthy.com
Nicole.stanton@stantonandworthy.com;WorthySR68419@notify.bestcase.com

TOTAL: 4